> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** 10/10/18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

RICHARD SCARANTINO, Individually and )
On Behalf of All Others Similarly Situated, )
                            )
        Plaintiff,           )    Case No. 1:18-cv-08780-PAE
                            )
    v.                     )
                            )
REIS, INC., THOMAS J. CLARKE, JR., )
JONATHAN GARFIELD, LLOYD )
LYNFORD, M. CHRISTIAN MITCHELL, )
BYRON C. VIELEHR, MOODY'S )
CORPORATION, and MOODY'S )
ANALYTICS MARYLAND CORP., )
                            )
        Defendants.         )

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on September 25, 2018, plaintiff Richard Scarantino ("Plaintiff") filed a Complaint for Violation of the Securities Exchange Act of 1934 (the "Complaint") in the above-captioned action (the "Action") against Reis, Inc. ("Reis"), Thomas J. Clarke, Jr., Jonathan Garfield, Lloyd Lynford, M. Christian Mitchell, Byron C. Vielehr, Moody's Corporation, and Moody's Analytics Maryland Corp. ("Moody's Analytics") (collectively, "Defendants");

WHEREAS, the Complaint alleged violations of the Securities Exchange Act of 1934 in connection with the Solicitation/Recommendation Statement (the "Solicitation Statement") filed by Reis with the United States Securities and Exchange Commission ("SEC") on September 13, 2018 in connection with the tender offer by Moody's Analytics to purchase all of the outstanding shares of common stock of Reis (the "Transaction");

WHEREAS, on October 3, 2018, Reis filed Amendment No. 3 to the Solicitation Statement with the SEC that included additional information relating to the Transaction that addressed and mooted Plaintiff's claims regarding the sufficiency of the disclosures in the Solicitation Statement

(the "Mooted Claims");

WHEREAS, Plaintiff's counsel intend to assert a claim for mootness fees and expenses in connection with the Mooted Claims (the "Fee Application"), and seek Court intervention if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, Defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness Fee and Expense Request or award;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _10_ day of _October_, 2018 that:

1.      All claims asserted in the Action are dismissed, with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2.      Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3.      The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's anticipated Fee Application, if filed.

4.      This Order is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes Defendants' right to oppose

the Fee Application.

5.      To the extent that the parties are unable to reach an agreement concerning the Fee
Application, they may contact the Court regarding a schedule and hearing to present such
application to the Court.

6.      Upon completion of briefing, the parties shall promptly contact the Court to
schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7.      If the parties reach an agreement concerning the Fee Application, they shall notify
the Court.  Upon such notification, the Court will close the Action.

Dated:  October 8, 2018                          **RIGRODSKY & LONG, P.A.**

                                          By:   _/s/ Timothy J. MacFall_
                                                Timothy J. MacFall (TM-8634)
                                                825 East Gate Boulevard, Suite 300
                                                Garden City, NY 11530
                                                (516) 683-3516

**OF COUNSEL:**                                  Brian D. Long
                                                Gina M. Serra
**RM LAW, P.C.**                                 300 Delaware Avenue, Suite 1220
Richard A. Maniskas                              Wilmington, DE 19801
1055 Westlakes Drive, Suite 300                  (302) 295-5310
Berwyn, PA 19312
(484) 324-6800                                   *Attorneys for Plaintiff*

Dated: October 8, 2018                           **FRIED, FRANK, HARRIS, SHRIVER
                                                 & JACOBSON LLP**

                                          By:   _/s/ Scott B. Luftglass_
                                                Scott B. Luftglass
                                                One New York Plaza
                                                New York, NY 10004
                                                (212) 859-8968

                                                *Attorneys for Reis, Inc., Thomas J. Clarke,
                                                Jr., Jonathan Garfield, Lloyd Lynford, M.
                                                Christian Mitchell, and Byron C. Vielehr*

Dated: October 8, 2018                    By:   **SKADDEN, ARPS, SLATE,**

**MEAGHER & FLOM LLP**

*/s/ Susan L. Saltzstein*

Susan L. Saltzstein
4 Times Square
New York, NY 10036
(212) 735-4132

*Attorneys for Moody's Corporation and
Moody's Analytics Maryland Corp.*

IT IS SO ORDERED this ___10th___ day of ___October___, 2018.

Paul A. Engelmyer

UNITED STATES DISTRICT JUDGE