UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated, </br></br> Plaintiff, </br></br> v. </br></br> REIS, INC., THOMAS J. CLARKE, JR., JONATHAN GARFIELD, LLOYD LYNFORD, M. CHRISTIAN MITCHELL, BYRON C. VIELEHR, MOODY'S CORPORATION, and MOODY'S ANALYTICS MARYLAND CORP., </br></br> Defendants. | Case No. 1:18-cv-08780-PAE |

## STIPULATION AND [PROPOSED] ORDER CLOSING AND TERMINATING THE ACTION

WHEREAS, on October 10, 2018, the Court entered an Order dismissing with prejudice the complaint in the above-captioned action (the "Action") as to plaintiff only and retaining jurisdiction for considering plaintiff's anticipated application for attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses in the Action;

There being no further issue for the Court to consider, the Court, at the request of the parties, hereby issues the following order:

1.      The Action is terminated and administratively closed, with the Court no longer retaining jurisdiction to consider any application for attorneys' fees and expenses.

Dated: April 11, 2019              **RIGRODSKY & LONG, P.A.**

                                                 By:  */s/ Timothy J. MacFall*

**OF COUNSEL:**                    Seth D. Rigrodsky
                                   Timothy J. MacFall
**RM LAW, P.C.**                   Gina M. Serra
Richard A. Maniskas                825 East Gate Boulevard, Suite 300
1055 Westlakes Drive, Suite 300    Garden City, NY 11530
Berwyn, PA 19312                   (516) 683-3516
(484) 324-6800

                                   *Attorneys for Plaintiff Richard Scarantino*

Dated: April 11, 2019              **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

                                   By:  */s/ Scott B. Luftglass*
                                   Scott B. Luftglass
                                   One New York Plaza
                                   New York, NY 10004
                                   (212) 859-8968

                                   *Attorneys for Reis, Inc., Thomas J. Clarke, Jr., Jonathan Garfield, Lloyd Lynford, M. Christian Mitchell, and Byron C. Vielehr*

Dated: April 11, 2019              **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

                                   By:  */s/ Susan L. Saltzstein*
                                   Susan L. Saltzstein
                                   4 Times Square
                                   New York, NY 10036
                                   (212) 735-4132

                                   *Attorneys for Moody's Corporation and Moody's Analytics Maryland Corp.*

IT IS SO ORDERED this  11  day of      April     , 2019.

*Paul A. Engelmayer*
UNITED STATES DISTRICT JUDGE

2